

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

John Michael Ray Marsh,                    * From the 29th District Court
                                             of Palo Pinto County,
                                             Trial Court No. 15898.

Vs. No. 11-17-00193-CR                     * November 22, 2017

The State of Texas,                        * Per Curiam Memorandum Opinion
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.